# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SEMIAN,** | |
| **Plaintiff** | |
| | No. 3:17-CV-1183 |
| v. | |
| | Judge Mariani |
| **DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS – GINO J. MERLI VETERANS CENTER,** | **Electronically Filed Document** |
| | *Complaint Filed 07/05/17* |
| **Defendants** | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, by its attorneys, moves pursuant to Fed. R. Civ. P. 12(b) to dismiss the Complaint filed against it.

A brief in support of this motion will be filed in the time proscribed by the Local Rules.

WHEREFORE, the Court should dismiss the Complaint against the Defendant.

                                      **Respectfully submitted,**

                                      **JOSH SHAPIRO**
                                      **Attorney General**

                              **By:**  *s/ Jessica S. Davis*
                                      **JESSICA S. DAVIS**

| | |
|---|---|
| **Office of Attorney General** | **Senior Deputy Attorney General** |
| **15th Floor, Strawberry Square** | **Attorney ID 94560** |
| **Harrisburg, PA 17120** | |
| **Phone: (717) 783-6270** | **KENNETH L. JOEL** |
| | **Chief Deputy Attorney General** |
| <u>jdavis@attorneygeneral.gov</u> | **Chief, Civil Litigation Section** |
| | |
| **Date: September 26, 2017** | **Counsel for Defendant Department of Military Veterans Affairs** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SEMIAN,** : | |
|      **Plaintiff** : | |
| : | No. 3:17-CV-1183 |
| **v.** : | |
| : | Judge Mariani |
| **DEPARTMENT OF MILITARY** : | |
| **AND VETERANS' AFFAIRS –** : | Electronically Filed Document |
| **GINO J. MERLI VETERANS** : | |
| **CENTER,** : | *Complaint Filed 07/05/17* |
|      **Defendants** : | |

## CERTIFICATE OF SERVICE

I, Jessica S. Davis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 26, 2017, I caused to be served a true and correct copy of the foregoing document titled Defendant's Motion To Dismiss to the following:

## VIA ELECTRONIC FILING

**Harry T. Coleman, Esquire**
**Law Office**
**41 North Main Street, Suite 316**
**Carbondale, PA  18407**
harry@harrycolemanlaw.com
*Counsel for Plaintiff*

                                  *s/ Jessica S. Davis*
                                  **JESSICA S. DAVIS**
                                  Senior Deputy Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN, : | |
|                    Plaintiff : | |
| : | No. 3:17-CV-1183 |
| v. : | |
| : | Judge Mariani |
| DEPARTMENT OF MILITARY : | |
| AND VETERANS' AFFAIRS – : | Electronically Filed Document |
| GINO J. MERLI VETERANS : | |
| CENTER, : | *Complaint Filed 07/05/17* |
|                   Defendants : | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Defendant's Motion To Dismiss, it is hereby ORDERED that the Motion is GRANTED.

 

**Robert D. Mariani**
**United States District Judge**