IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL SEMIAN | |
| --- | --- |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | NO: 3:17-CV-1183 |
| DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS-GINO J. MERLI VETERANS' CENTER | HONORABLE ROBERT D. MARIANI |
| Defendant. | |

## PLAINTIFF'S ANSWER TO MOTION TO DISMISS

**NOW COMES**, the Plaintiff, Michael Semian, by and through counsel, Harry T. Coleman, Esquire, and hereby answers the Motion to Dismiss of Defendants as follows:

1. Denied.

Dated: September 28, 2017      LAW OFFICE OF HARRY T. COLEMAN

By:   /s/ Harry T. Coleman
Harry T. Coleman, Esquire
Attorney I.D. No. 49137
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
(570) 282-7440
(570) 282-7606 Fax
Harry@harrycolemanlaw.com
*Attorney for Plaintiff*