# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SEMIAN, | : | |
| Plaintiff | : | |
| | : | No. 3:17-CV-1183 |
| v. | : | |
| | : | Judge Mariani |
| DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS – GINO J. MERLI VETERANS CENTER, | : | Electronically Filed Document |
| Defendants | : | |

## CERTIFICATE OF CONCURRENCE

I, Jessica S. Davis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that I contacted counsel for Plaintiff and he concurs in the Motion for Extension of Time to File Brief in Support in the above-mentioned case.

*s/Jessica S. Davis*
**JESSICA S. DAVIS**
**Senior Deputy Attorney General**