THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1183 |
| | : (JUDGE MARIANI) |
| DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS – GINO J., MERLI VETERANS CENTER, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS** 20th **DAY OF NOVEMBER, 2018,** upon consideration of the Defendant's Motion for Enlargement of Time to File a Brief in Support of its motion to dismiss (the "Motion") (Doc. 40), **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and Defendant shall have until **November 21, 2018** to file a brief in support of its motion to dismiss (Doc. 36).

Robert D. Mariani
United States District Judge