# LAW OFFICE OF
# *HARRY T. COLEMAN, ESQUIRE*

41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
email: Harry@HarryColemanLaw.com
phone: (570) 282-7440 fax: (570) 282-7606

September 11, 2019

**Via ECF**
Honorable Robert D. Mariani
United States District Court, Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA   18501

>    *Re:   Semian v. Department of Military and Veterans Affairs*
>           *United States District Court Number:   3:17-cv-1183*

Dear Judge Mariani:

Consistent with Your Honor's Scheduling Order of September 9, 2019, I would like to outline the issues that prompted me to request a Conference Call with the Court which is set for Friday, September 13, 2019 at 11:00 a.m.

The above matter was set for trial on October 21, 2019 pursuant to an Order from this Court on March 14, 2019 (Doc. 46).

The undersigned represents Wawa Inc. I am defending a case in the Court of Common Pleas of Berks County.   On May 8, 2019, the Court in Berks County set trial in this matter also for October 21, 2019 (See attached).   The apparent conflict was not readily recognized or addressed by undersigned counsel.

Complicating matters here is the fact that I was recently summoned for Jury Duty on October 21, 2019 in the Court of Common Pleas of Lackawanna County (See attached).

I am taking the necessary steps to continue the Berks County matter.

I am requesting the instant matter before Your Honor commence on Monday, October 28, 2019 if the Court's schedule so permits.   Defense counsel has agreed to my request to move the trial commencement.

I look forward to the Conference Call with the Court Friday which I will host and initiate promptly at 11:00 a.m.


Page 2

Thank you.

                      Very truly yours,

                      *Harry T. Coleman*

                      Harry T. Coleman, Esquire

HTC:lg  
cc. Jessica Davis, Esquire (ECF)