IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS-GINO J. MERLI VETERANS' CENTER<br><br>　　　　　　　　　Defendant. | JURY TRIAL DEMANDED<br><br>NO: 3:17-CV-1183<br><br>HONORABLE<br>ROBERT D. MARIANI |

## **ENTRY OF APPEARANCE**

Kindly enter my appearance as co-counsel of record for Plaintiff Michael Semian only.

Dated: <u>October 8, 2019</u>　　　　LAW OFFICE OF WALTER CASPER

　　　　　　　　　　　　　　　　By:　/s/ *Walter F. Casper, Jr.*
　　　　　　　　　　　　　　　　　　Walter F. Casper, Jr., Esquire
　　　　　　　　　　　　　　　　　　35 South Church Street
　　　　　　　　　　　　　　　　　　Carbondale, PA 18407
　　　　　　　　　　　　　　　　　　(570) 282-6910
　　　　　　　　　　　　　　　　　　Casperlaw@verizon.net
　　　　　　　　　　　　　　　　　　*Co-Counsel for Plaintiff*