**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL SEMIAN,** | : | |
| **Plaintiff** | : | |
| | : | **No. 3:17-CV-1183** |
| **v.** | : | |
| | : | **Judge Mariani** |
| **DEPARTMENT OF MILITARY** | : | |
| **AND VETERANS' AFFAIRS –** | : | **Electronically Filed Document** |
| **GINO J. MERLI VETERANS** | : | |
| **CENTER,** | : | *Complaint Filed 07/05/17* |
| **Defendants** | : | |

## <u>MOTION TO CONTINUE TRIAL</u>

Defendants, through their undersigned counsel, respectfully move for a continuance of the trial currently scheduled for October 28, 2019, and in support thereof, avers as follows:

1.    This matter was filed on July 5, 2017.

2.    Trial is currently scheduled for October 28, 2019.

3.    Senior Deputy Attorney General Jessica Davis is counsel for Defendants in this matter.

4.    The undersigned is Acting Chief Deputy Attorney General for the Office of Attorney General's Civil Litigation Section and serves as Attorney Davis' supervisor.

5.     Attorney Davis is currently experiencing a medical condition which renders her unable to try this case as scheduled.

6.     In the interest of privacy, details of the medical condition will not be presented in this motion but medical documentation is available for *in camera* review by the Court upon request.

7.     Attorney Davis is the only attorney who has been involved in this case on behalf of the Defendants and no other attorney in our office has familiarity with the facts.

8.     Defendants will be prejudiced if they are forced to go to trial on October 28, 2019, without Attorney Davis as their counsel.

9.     Accordingly, Defendants are respectfully requesting that trial be continued by ninety (90) days to either allow Ms. Davis to be available for trial or, alternatively, for another attorney to become familiar with the case and take over as trial counsel.

10.     Counsel for Plaintiff has been contacted regarding this motion and concurs in this request.

WHEREFORE, Defendants respectfully request that the trial currently scheduled for October 28, 2019, be continued by ninety (90) days.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By:   *s/ Karen M. Romano*
      KAREN M. ROMANO

**Office of Attorney General**         Acting Chief Deputy Attorney General
**15th Floor, Strawberry Square**    Civil Litigation Section
**Harrisburg, PA 17120**           Attorney ID #88848
**Phone: (717) 787-2717**
**kromano@attorneygeneral.gov**   Counsel for Defendant Department of
                                       Military Veterans Affairs

**Date:   October 11, 2019**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL SEMIAN,** | : | |
| **Plaintiff** | : | |
| | : | **No. 3:17-CV-1183** |
| **v.** | : | |
| | : | **Judge Mariani** |
| **DEPARTMENT OF MILITARY** | : | |
| **AND VETERANS' AFFAIRS –** | : | **Electronically Filed Document** |
| **GINO J. MERLI VETERANS** | : | |
| **CENTER,** | : | *Complaint Filed 07/05/17* |
| **Defendants** | : | |

## <u>CERTIFICATE OF CONCURRENCE</u>

I, Karen M. Romano, Acting Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that I contacted counsel for Plaintiff and he concurs in this Motion.


<u>*s/Karen M. Romano*</u>
**KAREN M. ROMANO**
**Acting Chief Deputy Attorney General**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SEMIAN,** | : | |
| **Plaintiff** | : | |
| | : | **No. 3:17-CV-1183** |
| **v.** | : | |
| | : | **Judge Mariani** |
| **DEPARTMENT OF MILITARY** | : | |
| **AND VETERANS' AFFAIRS –** | : | **Electronically Filed Document** |
| **GINO J. MERLI VETERANS** | : | |
| **CENTER,** | : | *Complaint Filed 07/05/17* |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Karen M. Romano, Acting Chief Deputy Attorney General for the

Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that

on October 11, 2019, I caused to be served a true and correct copy of the foregoing

document titled Motion to Continue Trial to the following:

## VIA ELECTRONIC FILING

**Harry T. Coleman, Esquire**
**Law Office**
**41 North Main Street, Suite 316**
**Carbondale, PA  18407**
**harry@harrycolemanlaw.com**
*Counsel for Plaintiff*

       *s/ Karen M. Romano*
       **KAREN M. ROMANO**
       Acting Chief Deputy Attorney General