IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS-GINO J. MERLI VETERANS' CENTER<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>NO: 3:17-CV-1183<br><br>HONORABLE<br>ROBERT D. MARIANI |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel of record for Plaintiff Michael Semian only.

Dated: December 12, 2019        LAW OFFICE OF HARRY T. COLEMAN

                                            By:  /s/ OWEN M. COLEMAN
                                                Owen M. Coleman., Esquire
                                                41 Main Street Street
                                                Carbondale, PA 18407
                                                (570) 282-7440
                                                owen@harrycolemanlaw.com
                                                *Co-Counsel for Plaintiff*