# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN, : | |
|               Plaintiff  : | |
| : | No. 3:17-CV-1183 |
| v.                     : | |
| : | Judge Mariani |
| DEPARTMENT OF MILITARY     : | |
| AND VETERANS' AFFAIRS –    : | Electronically Filed Document |
| GINO J. MERLI VETERANS      : | |
| CENTER,                  : | *Complaint Filed 07/05/17* |
|              Defendants  : | |

## Entry of Appearance

Please enter my appearance on behalf of Defendant, Department of Military and Veterans' Affairs – Gino J. Merli Veterans Center, in the above-captioned matter.

                                                **Respectfully submitted,**

                                                **JOSH SHAPIRO**
                                                **Attorney General**

                                  By:   *s/ Nicole J. Boland*
                                                **NICOLE J. BOLAND**

| | |
|---|---|
| **Office of Attorney General** | Senior Deputy Attorney General |
| **15th Floor, Strawberry Square** | Attorney ID 314061 |
| **Harrisburg, PA 17120** | |
| **Phone: (717) 783-3146** | **KAREN M. ROMANO** |
| | **Acting Chief Deputy Attorney General** |
| nboland@attorneygeneral.gov | **Civil Litigation Section** |
| | |
| **Date: December 19, 2019** | **Counsel for Defendant Department of Military Veterans Affairs** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN, **Plaintiff** | |
| v. | No. 3:17-CV-1183 |
| | Judge Mariani |
| DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS – GINO J. MERLI VETERANS CENTER, **Defendants** | Electronically Filed Document |
| | *Complaint Filed 07/05/17* |

## CERTIFICATE OF SERVICE

I, Nicole J. Boland, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on December 19, 2019, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

## VIA ELECTRONIC FILING

**Harry T. Coleman, Esquire**
**Law Office**
**41 North Main Street, Suite 316**
**Carbondale, PA  18407**
harry@harrycolemanlaw.com
*Counsel for Plaintiff*

                            *s/ Nicole J/ Boland*
                            **NICOLE J. BOLAND**
                            Senior Deputy Attorney General