# CLERK'S EXHIBIT LIST

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**
**Names of Party Submitting List: Defendant DMVA**

| Exhibit No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D1 | Semian Nomination for Commandant DEF000005 | 5/11/2010 | | | |
| D2 | Semian CV DEF000006-8 | | | | |
| D3 | Semian Appointment Letter DEF000012-13 | 6/7/2010 | | | |
| D4 | Position Description DEF000014-16 | 6/21/2010 | | | |
| D5 | Position Description DEF000017-19 | 7/12/2012 | | | |
| D6 | Position Description DEF000020-22 | 4/5/2013 | | | |
| D7 | Position Description DEF000023-25 | 7/30/2015 | | | |
| D8 | Position Description DEF000026-28 | | | | |
| D9 | EEOC Policies DEF000029-45 | Various | | | |
| D10 | Emails re: IG Investigation DEF000046-49 | 2013 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.: 3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| **D11** | **IG Investigation re: Semian/Gavin** DEF000050-66 | 4/10/2014 | | | |
| **D12** | **Ruscavage Memorandums re: Semian** DEF000067-93 | | | | |
| **D13** | **Jarmillo Complaint** DEF000094-135 | | | | |
| **D14** | **Department of Health Statements of Deficiencies and COPs** DEF000136-702 | Various | | | |
| **D15** | **Semian Employment Application and Interview Materials** DEF000703-739 | 2010 | | | |
| **D16** | **Results of Jarmillo Complaint Investigation re: Semian** DEF000740-783 | 2011 | | | |
| **D17** | **Letter re: Recent Annual Survey** DEF000784-803 | June 9, 2011 | | | |
| **D18** | **Semian EPR** DEF000805-807 | 6/7/10-6/30/11 | | | |
| **D19** | **Semian EPR** DEF000808-818 | 6/7/2011-6/30/2012 | | | |
| **D20** | **Overtime Budgets** | 2012-2013 | | | |
| **D21** | **Auditor General Performance Audit** DEF000823-858 | July 26, 2012 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.: 3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D22 | DMVA Response to Performance Audit DEF000859-885 | | | | |
| D23 | Inspector General Report re: Semian DEF000886-897 | | | | |
| D24 | Semian Disciplinary Action DEF000898-904 | | | | |
| D25 | Department of Health Statements of Deficiencies and COPs DEF000905-980 | | | | |
| D26 | COP Documents DEF000981-987 | | | | |
| D27 | Semian EPR DEF000988-993 | 7/1/2013-6/30/2014 | | | |
| D28 | Semian EPR DEF000994-998 | 7/1/2014-1/04/2015 | | | |
| D29 | DOH Letter DEF001017-1055 | 9/3/2014 | | | |
| D30 | Emails re: DOH Deficiencies DEF001056-1058 | 9/3/2014 | | | |
| D31 | DOH Letter DEF001069-1088 | 9/22/2014 | | | |
| D32 | Elopement Docs DEF001097-1102 | | | | |
| D33 | DOH Letter DEF001111-001114 | 10/31/2014 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D34 | DPW OTL Letter<br>DEF001115 | 11/3/2014 | | | |
| D35 | DOH Letter<br>DEF001116-1120 | 11/12/2014 | | | |
| D36 | Monthly Mission Meeting Report<br>DEF001121-1126 | 11/6/2014 | | | |
| D37 | DPW OLT Letter<br>DEF001133 | 11/3/2014 | | | |
| D38 | DMVA Memo re: DOH License<br>DEF001142 | 11/17/2014 | | | |
| D39 | DOH Letter<br>DEF001164 | 12/9/2014 | | | |
| D40 | DOH Letter<br>DEF001165 | 12/14/14 | | | |
| D41 | DOH Letter<br>DEF001166 | 12/12/14 | | | |
| D42 | DOH Letter<br>DEF001167 | 12/9/2014 | | | |
| D43 | Semian EPR<br>DEF001171-1175 | 07/01/2014-<br>01/04/2015 | | | |
| D44 | Monthly Mission Meeting<br>DEF001176-1180 | 3/5/2015 | | | |
| D45 | Semian EPR<br>DEF001181-1185 | 7/1/2014-<br>6/30/2015 | | | |
| D46 | Semian EPR<br>DEF001190-1194 | 7/1/2014-<br>6/30/2015 | | | |

4

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| **D47** | **DPW OLT Letter**<br>**DEF001195-1200** | **8/13/15** | | | |
| **D48** | **DMVA Homes Statistics**<br>**DEF001203-1278** | **Various** | | | |
| **D49** | **EEOC Paperwork**<br>**DEF001284-1299** | | | | |
| **D50** | **PHRC File**<br>**DEF001300-1483** | | | | |
| **D51** | **Semian OPF File**<br>**DEF001483-1563** | | | | |
| **D52** | **WOC – Quality Assurance Risk Management Director**<br>**DEF001565-1566** | | | | |
| **D53** | **DOH Survey Deficiency Summary**<br>**DEF001567-1572** | | | | |
| **D54** | **Semian Pay History**<br>**DEF001573** | | | | |
| **D55** | **List of MV Home Separations**<br>**DEF001574-1579** | | | | |
| **D56** | **Organizational Charts**<br>**DEF001598-1627** | | | | |
| | | | | | |
| | | | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:**  3:17-CV-1183

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |
|   |   |   |   |   |   |