IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEMIAN | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | NO: 3:17-CV-1183 |
| DEPARTMENT OF MILITARY AND VETERANS' AFFAIRS-GINO J. MERLI VETERANS' CENTER | HONORABLE ROBERT D. MARIANI |
| Defendant. | |

## VOLUNTARY PARTIAL DISMISSAL
## OF CLAIMS PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41, the Plaintiff in the above-captioned action, by his undersigned attorney of record, hereby agree and consent to voluntary partial dismissal with prejudice by Plaintiff of his PHRA Retaliation claim and his claim for Violation of the Pennsylvania Whistleblower Law of his Amended Complaint against Defendant. This representation was made on the record by undersigned counsel at the Pre Trial Conference held February 21, 2020 (Doc. 75).

Respectfully Submitted

**LAW OFFICE OF HARRY T. COLEMAN**

By: */s/ Harry T. Coleman*

Harry T. Coleman, Esquire

41 N. Main Street, Suite 316

Carbondale, PA 18407

570-282-7440

By: */s/ Owen M. Coleman*

Owen M. Coleman, Esquire

41 N. Main Street, Suite 316

Carbondale, PA 18407

570-282-7440

By: */s/ Walter F. Casper, Jr.*

Walter F. Casper, Jr., Esquire

Church Street at Seventh Avenue

Carbondale, PA 18407

570-282-6910

*Attorneys for Plaintiff*

Dated: <u>September 28, 2017</u>        LAW OFFICE OF HARRY T. COLEMAN

                  By:  */s/ Harry T. Coleman*
                        Harry T. Coleman, Esquire
                        Attorney I.D. No. 49137
                        41 N. Main Street
                        3rd Floor, Suite 316
                        Carbondale, PA 18407
                        (570) 282-7440
                        (570) 282-7606 Fax
                        Harry@harrycolemanlaw.com
                        *Attorney for Plaintiff*