THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SEMIAN, :
:
    Plaintiff, :
: 3:17-CV-1183
v. : (JUDGE MARIANI)
:
DEPARTMENT OF MILITARY AND :
VETERANS' AFFAIRS – GINO J. :
MERLI VETERANS CENTER, :
:
    Defendant. :

## ORDER

AND NOW, THIS 24th DAY OF FEBRUARY 2020, upon consideration of the parties' proposed voir dire questions (Docs. 74, 74-1, 82) and the need for individual voir dire discussed at the Pretrial Conference held on February 21, 2020, **IT IS HEREBY ORDERED THAT:**

1. Following an introductory statement by the Court, voir dire questions will first be posed to individual prospective jurors as to their beliefs or feelings, whether positive or negative, regarding homosexual individuals. During this individual voir dire, all prospective jurors will be relocated to an adjacent courtroom and each prospective juror will be brought to the first courtroom to be questioned individually by the Court with any necessary follow-up questions by Plaintiff's counsel or Defendant's counsel. At the conclusion of this questioning, the Court will entertain challenges for cause.

2. The following voir dire questions may be addressed during individual voir dire, either as proposed or as modified by the Court's February 24, 2020, Order (Doc. 84):

    a. PLAINTIFF: 2(a)-(d), 2(f)-(h), 2(j)-(k), 2(m)-(r);

    b. DEFENDANT: 11.

3. Upon completion of individual questioning and challenges for cause, voir dire shall continue with respect to the panel of prospective jurors and shall include questions proposed by Plaintiff and Defendant allowed by the Court's February 24, 2020, Order (Doc. 84) either as proposed or as modified by the Order, together with any other questions that the Court deems appropriate to present to the panel of prospective jurors. The parties will be provided with an opportunity to ask any necessary follow-up questions at the conclusion of the Court's voir dire of the panel of prospective jurors.

_____
Robert D. Mariani
United States District Judge