THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SEMIAN, :
:
    Plaintiff, :
:
    v. : 3:17-CV-1183
: (JUDGE MARIANI)
:
DEPARTMENT OF MILITARY AND :
VETERANS' AFFAIRS – GINO J. :
MERLI VETERANS CENTER, :
:
    Defendant. :

## ORDER

AND NOW, THIS _____ DAY OF FEBRUARY 2020, upon consideration of the Proposed Supplemental Voir Dire of Plaintiff Michael Semian (Doc. 88), **IT IS HEREBY ORDERED THAT:**

1. The Proposed Supplemental Voir Dire of Plaintiff Michael Semian (Doc. 88) is construed as a motion to submit additional voir dire questions and is **DENIED WITHOUT PREJUDICE**;

2. The Court will reserve judgment on Plaintiff's counsel's right to ask a question presented in the Proposed Supplemental Voir Dire of Plaintiff Michael Semian (Doc. 88) until time of trial;

3. The Court will make the determination, upon counsel's request, based on the necessity of follow-up questioning of a prospective juror after a previously approved question (*see* Doc. 84) has been posed and answered.

_____
Robert D. Mariani
United States District Judge