# CLERK'S AMENDED EXHIBIT LIST

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**
**Names of Party Submitting List: Defendant DMVA**

| Exhibit No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D1 | Semian Nomination for Commandant DEF000005 | 5/11/2010 | | | |
| D2 | Semian CV DEF000006-8 | | | | |
| D3 | Semian Appointment Letter DEF000012-13 | 6/7/2010 | | | |
| D4 | Position Description DEF000014-16 | 6/21/2010 | | | |
| D5 | Position Description DEF000017-19 | 7/12/2012 | | | |
| D6 | Position Description DEF000020-22 | 4/5/2013 | | | |
| D7 | Position Description DEF000023-25 | 7/30/2015 | | | |
| D8 | Position Description DEF000026-28 | 5/7/2008 | | | |
| D9 | EEOC Policies DEF000029-45 | Various | | | |
| D10 | Emails re: IG Investigation DEF000046-49 | 2013 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D11 | IG Investigation re: Semian/Gavin DEF000050-66 | 4/10/2014 | | | |
| D12 | Ruscavage memos re: Semian DEF000068-000093 | VARIOUS | | | |
| D13 | Jarmillo Complaint DEF000094-135 | | | | |
| D14-A | 1.22.14 Complaint Survey DEF000136-171 | 1/22/2014 | | | |
| D14-B | 2.4.14 Complaint Survey DEF000172-184 | 2/4/2014 | | | |
| D14-C | 3.13.14 Revisit Survey DEF000185-190 | 3/13/2014 | | | |
| D14-D | 4.22.14 Complaint Survey DEF000191-209 | 4/22/2014 | | | |
| D14-E | 6.20.14 Annual Survey DEF000210-327 | 6/20/2014 | | | |
| D14-F | 8.26.14 Revisit Survey DEF000328-365 | 8/26/2014 | | | |
| D14-G | 9.18.14 Revisit Survey DEF000366-385 | 9/18/2014 | | | |
| D14-H | 10.24.14 Annual Survey DEF000386-465 | 10/24/2014 | | | |
| D14-I | 1.27.15 Complaint Survey DEF000466-485 | 1/27/2015 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D14-J | 4.16.15 Annual Survey<br>DEF000486-580 | 4/16/2015 | | | |
| D14-K | 7.7.15 Complaint Survey<br>DEF000581-593 | 7/7/2015 | | | |
| D14-L | 10.20.15 Complaint Survey<br>DEF000594-605 | 10/20/2015 | | | |
| D14-M | 9.25.15 Annual and Complaint Survey<br>DEF606-702 | 9/25/2015 | | | |
| D15 | Semian Employment Application and Interview Materials<br>DEF000703-739 | 2010 | | | |
| D16 | Results of Jarmillo Complaint Investigation re: Semian<br>DEF000740-783 | 2011 | | | |
| D17 | Letter re: Recent Annual Survey<br>DEF000784-803 | 6/9/2011 | | | |
| D18 | Semian EPR<br>DEF000805-807 | 6/7/10-6/30/11 | | | |
| D19 | Semian EPR<br>DEF000808-818 | 6/7/2011-6/30/2012 | | | |
| D20 | Overtime Budgets | 2012-2013 | | | |
| D21 | Auditor General Performance Audit<br>DEF000823-858 | 7/26/2012 | | | |

3

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.: 3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D22 | DMVA Response to Performance Audit DEF000859-885 | VARIOUS | | | |
| D23 | Inspector General Report re: Semian DEF000886-897 | 4/10/2014 | | | |
| D24 | Semian Disciplinary Action DEF000898-904 | 4/23/2014 | | | |
| D25 | Department of Health Statements of Deficiencies and COPs DEF000905-980 | VARIOUS | | | |
| D26 | COP Documents DEF000981-987 | VARIOUS | | | |
| D27 | Semian EPR DEF000988-993 | 7/1/2013-6/30/2014 | | | |
| D28 | Semian EPR DEF000994-998 | 7/1/2014-1/04/2015 | | | |
| D29 | DOH Letter DEF001017-1055 | 9/3/2014 | | | |
| D30 | Emails re: DOH Deficiencies DEF001056-1058 | 9/3/2014 | | | |
| D31 | DOH Letter DEF001069-1088 | 9/22/2014 | | | |
| D32 | Elopement Docs DEF001097-1102 | VARIOUS | | | |
| D33 | DOH Letter DEF001111-001114 | 10/31/2014 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D34 | DPW OTL Letter DEF001115 | 11/3/2014 | | | |
| D35 | DOH Letter DEF001116-1120 | 11/12/2014 | | | |
| D36 | Monthly Mission Meeting Report DEF001121-1126 | 11/6/2014 | | | |
| D37 | DPW OLT Letter DEF001133-1141 | 11/3/2014 | | | |
| D38 | DMVA Memo re: DOH License DEF001142 | 11/17/2014 | | | |
| D39 | DOH Letter DEF001164 | 12/9/2014 | | | |
| D40 | DOH Letter DEF001165 | 12/14/14 | | | |
| D41 | DOH Letter DEF001166 | 12/12/14 | | | |
| D42 | DOH Letter DEF001167 | 12/9/2014 | | | |
| D43 | Semian EPR DEF001171-1175 | 07/01/2014-01/04/2015 | | | |
| D44 | Monthly Mission Meeting DEF001176-1180 | 3/5/2015 | | | |
| D45 | Semian EPR DEF001181-1185 | 7/1/2014-6/30/2015 | | | |
| D46 | Semian EPR DEF001190-1194 | 7/1/2014-6/30/2015 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.: 3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| D47 | DPW OLT Letter<br>DEF001195-1200 | 8/13/15 | | | |
| D48 | DMVA Homes Statistics<br>DEF001203-1278 | VARIOUS | | | |
| D49 | EEOC Paperwork<br>DEF001284-1299 | 5/31/2016 | | | |
| D50 | PHRC File<br>DEF001300-1483 | VARIOUS | | | |
| D51 | Semian OPF File<br>DEF001483-1563 | VARIOUS | | | |
| D52 | WOC – Quality Assurance Risk Management Director<br>DEF001565-1566 | | | | |
| D53 | DOH Survey Deficiency Summary<br>DEF001567-1572 | | | | |
| D54 | Semian Pay History<br>DEF001573 | | | | |
| D55 | List of MV Home Separations<br>DEF001574-1579 | | | | |
| D56 | Organizational Charts<br>DEF001598-1627 | | | | |
| D57 | Summary of DOH Surveys | | | | |
| D58 | Ruscavage Memo for Record re: Semian meeting<br>DEF001059-1062 | 9/5/2014 | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.: 3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| **D59** | **Monthly Mission Meeting DEF001063-1066** | **8/28/2014** | | | |
| **D60** | **Ruscavage Memo for Record re: Semian meeting DEF001067-1068** | **9/11/2014** | | | |
| **D61** | **Monthly Mission Meeting DEF001091-1096** | **10/2/2014** | | | |
| **D62** | **Monthly Mission Meeting DEF001103-1106** | **10/6/2014** | | | |
| **D63** | **Ruscavage Memo for Record re: Semian Meeting DEF001107-1110** | **11/4/2014** | | | |
| **D64** | **Ruscavage Memo for Record re: Semian Meeting DEF001127-1132** | **11/6/2014** | | | |
| **D65** | **Elopement sign-ins and emails DEF001143-1151** | **Various** | | | |
| **D66** | **Ruscavage Memo for Record re: Semian Meeting DEF001156-1163** | **12/4/2014** | | | |
| **D67** | **Ruscavage Memo for Record re: Semian Meeting DEF001186-1187** | **7/23/2015** | | | |
| **D68** | **Ruscavage Memo for Record re: Semian Meeting DEF001188-1189** | **5/29/2015** | | | |

**Abbreviated Case Name:** *Semian v. DMVA*
**Docket No.:  3:17-CV-1183**

| | | | | | |
|---|---|---|---|---|---|
| **D69** | **Semian EPR** **DEF001546-001548** | **2/2013-6/2013** | | | |
| **D70** | **Ruscavage Memo re: Semian** **DEF000067** | **7/30/2014** | | | |
| **D71** | **Semian Termination & SERS letters** | **10/29/2015 & 11/23/2015** | | | |

8