THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SEMIAN, :
:
      Plaintiff, :
: 3:17-CV-1183
v. : (JUDGE MARIANI)
:
DEPARTMENT OF MILITARY AND :
VETERANS' AFFAIRS – GINO J. :
MERLI VETERANS CENTER, :
:
      Defendant. :

## SPECIAL VERDICT QUESTIONS

### Question 1

Did the Department of Military and Veterans' Affairs – Gino J. Merli Veterans Center terminate Michael Semian's employment on the basis of his sex, that is, he is a gay male who does not conform to the stereotypes of his gender in violation of Title VII and the Pennsylvania Human Relations Act?

Yes_____   No __X__

If you answered "Yes" to Question 1, proceed to Question 2.

If you answered "No" to Question 1, your deliberations are concluded, Plaintiff cannot recover, and you should notify the Deputy Clerk that you have reached a verdict.

### Question 2

Did the Department of Military and Veterans' Affairs – Gino J. Merli Veterans Center's discriminatory conduct described in Question 1 cause injury to Michael Semian?

Yes_____   No_____

Proceed to Question 3.

## Question 3

If you answered "Yes" as Question 1, but find that Mr. Semian failed to prove compensatory damages for his injuries, then you must award nominal damages of $1.00. Therefore, if you find that Mr. Semian was unlawfully discriminated against but suffered no actual injury as a result of the discrimination, you must enter $1.00 as nominal damages below. If you find that Mr. Semian did suffer an actual injury as a result of Defendant's unlawful discrimination, please enter $0 since you will compensate him for that deprivation in Question 4.

**Nominal Damages**         $_____

## Question 4

Please state the amount that will fairly compensate Mr. Semian for any injury he actually sustained as a result of the Department of Military and Veterans' Affairs – Gino J. Merli Veterans Center's discriminatory conduct.

**Compensatory Damages**         $_____

Your deliberations have concluded.

After completing your deliberations, return your answers to these questions on the verdict form signed and dated by the jury foreperson to the Courtroom Deputy.

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: 3-5-2020

_____
Foreperson