AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

MICHAEL SEMIAN )
    *Plaintiff* )
    v. )  Civil Action No.  3:17-CV-1183
DEPARTMENT OF MILITARY AND )
VETERANS' AFFAIRS, GINO J. MERLI )
VETERANS CENTER

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X **other:** Judgment is entered in favor of Defendant, Department of Military and Veterans' Affairs - Gino J. Merli Veterans Center, and against Plaintiff, Michael Semian.

This action was *(check one)*:

X tried by a jury with Judge  Robert D. Mariani  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

decided by Judge _____ on a motion for  Summary

Date: March 6, 2020

CLERK OF COURT

/s/ Judith A. Malave, Deputy Clerk
*Signature of Clerk or Deputy Clerk*